UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

REV JASON GOODWILL,

        Plaintiff,

v.                                                                                  Case No. 18-C-129

JOEL URMANSKI, et al.,

        Defendants.

---

## ORDER

---

Plaintiff Rev Jason Goodwill, who is currently representing himself, filed this action on January 25, 2018. Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner plaintiff is required to pay the statutory filing fee of $400.00 for a federal lawsuit. If a prisoner does not have the money to pay the filing fee up front, he can request leave to proceed without prepayment of the full filing fee in order to pay the fee over time. To proceed without prepayment of the full filing fee, the prisoner must complete a petition and affidavit explaining that he is unable to pay the fees and return it to the court with a certified copy of his trust account statement showing transactions for the prior six months. 28 U.S.C. § 1915(a).

On January 25, 2018, the Clerk of Court sent Plaintiff a letter, instructing him to either pay the filing fee or submit a motion for leave to proceed without prepaying the full filing fee, along with the affidavit and a certified copy of his prisoner trust account statement for the preceding six months. Plaintiff did not respond to the Clerk's letter. The court ordered Plaintiff, on February 28, 2018, to either pay the filing fee or submit a motion for leave to proceed without prepayment of the full filing fee. The order indicated that Plaintiff's failure to take these steps by March 21, 2018 would result

in the dismissal of his complaint. Court records show that Plaintiff has neither paid the full filing fee for this action nor submitted a motion for leave to proceed without prepayment of the full filing fee. It appears Plaintiff is not diligently prosecuting this action. *See* Fed. R. Civ. P. 41(b); Civil L.R. 41(c) (E.D. Wis.).

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to impeach judicial records (ECF No. 6) is **DENIED AS MOOT**.

Dated this  18th  day of April, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court