UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

REV JASON GOODWILL,

Plaintiff,

v.                                                                Case No. 18-C-129

JOEL URMANSKI, et al.,

Defendants.

**ORDER**

Plaintiff Rev Jason Goodwill filed a complaint on January 25, 2018. The Clerk of Court sent Plaintiff a letter, instructing him to either pay the filing fee or submit a motion for leave to proceed without prepaying the full filing fee, along with an affidavit of indigence and a certified copy of his prisoner trust account statement for the preceding six months. Plaintiff did not respond to the Clerk's letter. On February 28, 2018, the court ordered Plaintiff to either pay the filing fee or submit a motion for leave to proceed without prepayment of the filing fee. When Plaintiff failed to pay the filing fee or submit a motion for leave to proceed without prepayment of the filing fee, the court dismissed the case without prejudice for failure to prosecute. Presently before the court is Plaintiff's "motion to err and statement of facts."

Plaintiff's filing does not warrant any modification or reconsideration of the judgment. Although given multiple opportunities to do so, Plaintiff has failed to follow the court's instructions to either pay the filing fee or follow the appropriate procedures for demonstrating that he is indigent. Accordingly, his motion will be denied.

That is not to say, however, that Plaintiff cannot file a separate lawsuit. The earlier dismissal was without prejudice, which means he is free to commence a new action and seek leave to proceed without prepayment of the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to err (ECF No. 9) is **DENIED**.

Dated this __2nd__ day of May, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court